# PLAINTIFF'S EHIBIT 1

*Southern Nazarene University v. HES Facilities Management, LLC*



# HES FACILITIES LLC ACQUIRES WFF AND CLEAN-TECH

KNOXVILLE, Tenn. & PROVIDENCE, R.I. – HES Facilities LLC, ("HES"), is pleased to announce its acquisition of WFF Facility Services ("WFF") and Clean-Tech Company ("CT") in partnership with WFF and CT's management and shareholders. Financial support for the transaction was provided by Nautic Partners, LLC ("Nautic").

The acquisition of WFF and CT positions HES as a national leader in the provision of outsourced janitorial, groundskeeping, and building management services to clients in both higher education and K12 school districts. The combined WFF and HES business serves nearly 100 education clients across 20 states, in addition to CT's leading position serving a diversified client mix in the St. Louis market. The companies intend to grow rapidly in the years to come by leveraging their shared client-first attitude and intimate knowledge of the specialized needs of education customers.

## ACQUISITION CREATES NATIONAL FACILITIES MANAGEMENT LEADER

PLAINTIFF'S EXHIBIT 1

The combined company will be led by Charlie Spencer, CEO, and Buddy Helton, Chairman of HES Facilities Management. Jonathan Campbell, formerly President of WFF and Clean-Tech, will be staying with the company as EVP and Senior Advisor, reporting to Charlie. Jonathan and the Fiala family will be shareholders of the combined company going forward alongside Nautic and founding HES management.

Charlie Spencer, CEO of HES said, "We are very excited to be able to partner with the team at WFF and Clean-Tech for the next phase of their growth under the umbrella of HES. We have admired WFF's success and strength in the higher education market for many years, and our admiration has only grown as a result of this transaction. We look forward to leveraging the financial strength and geographic footprint of the combined companies to enhance the already exceptional customer service as we expand our business across both clients and service lines."

# LEADERSHIP EXPERIENCE LAUNCHES NEW PHASE OF GROWTH

"On behalf of myself, my family, and all of the associates at WFF and Clean-Tech, we are thrilled to be able to partner with the HES team during the next phase of growth for our Company," said Jonathan Campbell, President of WFF and Clean-Team, and EVP and Senior Advisor at HES. "We have deep respect for the leadership and success of Charlie and Buddy in their past ventures and at HES, and we believe that this is an ideal next step for the long-term success of our customers and associates."

Mark Perlberg, Managing Director, and Nick Vidnovic, Vice President of Nautic, said, "We are proud to support HES in this transaction, which we hope will be the first of many add on acquisitions as we continue to grow HES across the country. We are honored by the faith placed in HES by Jonathan Campbell and the Fiala family, which we believe validates our position as the acquirer of choice for high performing

family-owned companies in the education facility services industry. We look forward to supporting the combined companies' growth through both organic investment and acquisitions."

Hennepin Partners served as financial advisor to WFF and Clean-Tech on the transaction, and Bryan Cave Leighton Paisner LLP served as legal advisor to WFF, CT, and their shareholders. Locke Lord LLP served as legal advisor to HES and Nautic. Additional financial support for HES was provided by BMO Sponsor Finance.

## ABOUT HES

Headquartered in Knoxville, TN, HES is an emerging leader in the facility services industry with a particular focus on the needs of customers in K-12 schools and higher education. The company was founded in 2020 but traces its roots in education back over 40 years to our Chairman's first experience in the education facility services industry in 1976. For more information please visit [www.hesfacilitiesmanagement.com](www.hesfacilitiesmanagement.com).

## ABOUT WFF AND CLEAN-TECH

Headquartered in St. Louis, MO, WFF Facility Services has over 40 years of experience providing custodial, grounds and facility maintenance to educational institutions, delivering high quality, individualized programs across 19 States. Clean-Tech Company is a premier Midwestern building services provider with 50 plus years of expertise supporting some of the region's largest corporations. For more information, please visit [www.wffservices.com](www.wffservices.com) and [www.cleantechcompany.com](www.cleantechcompany.com)

## ABOUT NAUTIC

Nautic is a middle-market private equity firm that focuses on three industries: healthcare, industrials, and services. Nautic has completed 140 platform transactions throughout its 35-year history. Nautic's strategy is to partner with management teams to accelerate the growth trajectory of its portfolio companies via add-on acquisitions,

targeted operating initiatives, and increased management team depth. Nautic generally makes equity investments of $25 to $250 million or more. For more information, please visit www.nautic.com.

Published on December 4, 2020

At 12:01 AM

Tagged as facilities management facility maintenance press release



Previous post

Next post



© 2025 HES Facilities Management. Website created by DK Creative, Boston MA

Privacy Policy
Terms of Use