## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SOUTHERN NAZARENE                )
UNIVERSITY,                      )
                                 )
         Plaintiff,              )
                                 )
v.                               )        Case No. CIV-25-802-D
                                 )
HES FACILITIES MANAGEMENT,       )
LLC,                             )
                                 )
         Defendant.              )

## ORDER

Before the Court is Defendant's Motion to Dismiss [Doc. No. 6]. In response,

Plaintiff timely filed an Amended Complaint [Doc. No. 10], as authorized by FED. R.

CIV. P. 15(a)(1)(B). Upon consideration, the Court finds that Defendant's motion to

dismiss, directed at Plaintiff's original pleading, is moot. *See Davis v. TXO Prod. Corp.*,

929 F.2d 1515, 1517 (10th Cir. 1991) (amended complaint supersedes the original); *see

also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-81 (10th Cir.

2015).

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [Doc.

No. 6] is **DENIED** as **MOOT**. Defendant may resubmit a motion to dismiss, if appropriate,

in response to the Amended Complaint [Doc. No. 10].

**IT IS SO ORDERED** this 2nd day of September, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge